CONSOLIDATED PACKAGING MACHIN-
ERY CORPORATION, Appellee, v. GEN-
ERAL MILLS, Inc., Appellant.

No. 8028.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 8, 1942.

Decided Oct. 31, 1942.

Casper W. Ooms, of Chicago, Ill. (Ayres
J. Stockly, of Wilmington, Del., and Ar-
thur R. Wylie, of Minneapolis, Minn., on
the brief), for appellant.

John Vaughan Groner, of New York
City (Robert B. Whittredge, of Fish, Rich-
ardson & Neave, of New York City, on the
brief), for appellee.

Before BIGGS and JONES, Circuit
Judges, and AVIS, District Judge.

PER CURIAM.

The judgment of the court below is af-
firmed on the opinion of Judge Maris, re-
ported in 43 F.Supp. at page 557.